912

■ CORINNE C. WATERMAN v. HENRY KAUFMAN et al. CORINNE C. WATERMAN v. DORIS BYRNE et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ CHUGG-CARLIN, INC. v. HECKLER ELECTRIC CO., INC., et al.— Motion for leave to reargue appeal denied, with $10 costs. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of ANITA E. WILSON against ARMAND D'ANGELO, as Commissioner of Water Supply, Gas and Electricity of the City of New York, et al.— Motion for an order amending and modifying the order of this court entered on March 29, 1960 (ante, p. 706), or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ PAT JRS., INC. v. FRANK SHAPIRO.— Application denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ PREPAC, INC. v. ESQUIRE SPORTSWEAR CO.— Application denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT FLETCHER.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of Bronx County, and files 6 typewritten or 19 mimeographed copies thereof, together with the original record, with this court, on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Anthony F. Marra, Esq., is appointed as counsel for the defendant for the purposes of the appeal. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ SADIE ZENN et al. v. J. J. ANZALONE et al. CHESTER G. BOLLENBACH, Appellant.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM C. WATSON.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County, and files 6 typewritten or 19 mimeographed copies thereof, together wtih the original record, with this court on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Anthony F. Marra, Esq., is appointed as counsel for the defendant for the purposes of the appeal. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ EDWARD A. GRANNAS et al., v. CHARLES McCARTHY.— Motion to dismiss appeals granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. The order of this court entered March 15, 1960 is modified accordingly. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.